# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 15-3540

Elizabeth McLeod, et al.

Appellees

v.

General Mills, Inc.

Appellant

_____

Appeal from U.S. District Court for the District of Minnesota - Minneapolis
(0:15-cv-00494-JRT)
_____

**ORDER**

    Appellant's motion for a stay pending appeal has been considered by the court, and the motion is granted.

December 02, 2015

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
    /s/ Michael E. Gans