No. 15-3540
_____

IN THE UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT
_____

Elizabeth McLeod, et al.,

Plaintiffs-Appellees,

v.

General Mills, Inc.,

Defendant-Appellant.

_____

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA
Civ. No. 15-cv-494 (JRT/HB)
Chief Judge John R. Tunheim
_____

APPELLEES' OPPOSITION TO APPELLANT
GENERAL MILLS'S MOTION TO EXTEND THE DEADLINE
FOR FILING APPELLANT'S BRIEF AND APPENDIX
_____

Stephen J. Snyder (#103019)
Craig A. Brandt (#214036)
Brent C. Snyder (#034879X)
**SNYDER & BRANDT, P.A.**
120 South Sixth Street, Suite 2550
Minneapolis, MN 55402
(612) 787-3100 (telephone)
(612) 333-9116 (facsimile)

**ATTORNEYS FOR APPELLEES**

December 3, 2015

1

Under the particular circumstances here, Plaintiffs must respectfully oppose General Mills' request for an extension for filing its opening brief because it would add unwarranted delay to the resolution of General Mills' interlocutory appeal.

General Mills' request for an extension is based solely on a two-day trial in a different case scheduled for one of its several counsel of record. The docket in that other case shows that that December 15 trial date was set by court order on October 14, 2015, three weeks <u>before</u> counsel made his first appearance in this case. *Compare* Civil Docket for Case *Campos v. Bluestem Brands*, D. Ore. (3:15-cv-00629-SI), at #30, *with* Notice of Appearance of Aaron D. Van Oort (Dkt. 55). Moreover, all parties to the instant case were notified of the briefing schedule on November 6 and, despite knowledge of the trial setting for Mr. Van Oort's other case, General Mills waited almost a month before requesting a change to this Court's briefing schedule. General Mills also did not disclose that it would be seeking an extension to the briefing schedule when it moved this Court on November 20 for an order staying all proceedings in the District Court, but instead it made this extension request on the day after its stay motion had been granted.

2

                                               **SNYDER & BRANDT, P.A.**

Dated:  December 3, 2015        *s/ Stephen J. Snyder*
                                                    Stephen J. Snyder (#103019)
                                                    Craig A. Brandt (#214036)
                                                    Brent C. Snyder (#034879X)
                                                    120 South Sixth Street, Suite 2550
                                                    Minneapolis, MN  55402
                                                    (612) 787-3100 (telephone)
                                                    (612) 333-9116 (facsimile)

                                                    **ATTORNEYS FOR APPELLEES**

**CERTIFICATE OF SERVICE**

I hereby certify that on December 3, 2015, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system, and I will serve a copy of the foregoing on all participants in the case who are not registered CM/ECF users by mailing a copy of the same, first-class, postage paid, to the address listed on the Court's CM/ECF System.

*s/ Stephen J. Snyder*
Counsel for Appellees
